| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lemmon, Mary A. | Eastern District of LA | 5/3/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Courthouse<br>500 Poydras Street, C-406<br>New Orleans, LA 70130 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Vice-president/secretary | St.Charles Properties, Inc: A sub-chapter S |
| 2. General Partner | ▨ Partnership |
| 3. General Partner | ▨ Minerals Partnership |
| 4. General Partner | ▨ Land Partnership |
| 5. Board Member Emeritus | Reconcile New Orleans |
| 6. Board of Directors | Federal Bar Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1996 | Since July 26, 1996, I have been in the Louisiana State Employees Retirement System for State Judges |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A. | 5/3/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | La. State Employees Retirement System | $63,958.92 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | La. State Employees Retirement System |
| 2. 2010 | Self Employed (Legal Consultant) |
| 3. 2010 | Royalties from West Publishing Company |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | September 25-30, 2010 | Washington, DC | E-Discovery Seminar | Travel, meals, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A. | 5/3/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A. | 5/3/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Capital One Stock | A | Dividend | L | T | | | | | |
| 2. Capital One Checking | A | Interest | K | T | | | | | |
| 3. Capital One Checking | | None | J | T | | | | | |
| 4. Oil Royalty - St. Charles Parish | D | Royalty | L | W | Donated<br>(part) | | | | |
| 5. Ameriprise | E | Dividend | L | T | | | | | |
| 6. Ariel Common | A | Dividend | J | T | | | | | |
| 7. John Hancock Funds: Large Cap Equity A | A | Dividend | J | T | | | | | |
| 8. ▒▒▒ Partnership Orleans Parish, LA | A | Rent | J | W | | | | | |
| 9. Laura Plantation | B | Dividend | K | W | | | | | |
| 10. U.S. Savings Bonds, Series, HH, transferred July 1994 | A | Interest | K | T | | | | | |
| 11. 3.31% interest in Cutrone Carline Properties | D | Dividend | L | W | | | | | |
| 12. ▒▒▒ Trust, Boutte Louisiana | | None | K | W | | | | | |
| 13. ▒▒▒ Partnership | A | Interest | J | W | | | | | |
| 14. ▒▒▒ Minerals Partnership St.Charles Parish, LA | D | Rent | J | W | | | | | |
| 15. Merrill Lynch Stocks: AT&T | A | Dividend | J | T | | | | | |
| 16. Alcoa | A | Dividend | J | T | | | | | |
| 17. J.P. Morgan Chase | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A. | 5/3/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vail Resorts | | None | K | T | | | | | |
| 19. BP Amoco PLC | A | Dividend | K | T | | | | | |
| 20. Rental Property Orleans Parish, LA | E | Rent | N | W | | | | | |
| 21. St. Charles Land Trust | A | Dividend | J | W | | | | | |
| 22. U.S. Savings Bonds, Series, HH | C | Interest | L | T | | | | | |
| 23. Whitney Bank Checking | | None | L | T | | | | | |
| 24. Merrill Lynch Stocks: Com Cast | A | Interest | J | T | | | | | |
| 25. Merrill Lynch Bonds:LAFAYETTE LA PUBLIC IMPT SALES TAX SER B | B | Interest | L | T | | | | | |
| 26. Southlake Tere CTFS Obligation | A | Interest | | | Sold | 02/16/10 | K | | |
| 27. Timberlane Tere Util Distr Glo | B | Interest | | | Sold | 08/02/10 | K | | |
| 28. Virginie St. Res. Auth. | C | Interest | | | Sold | 11/01/10 | L | | |
| 29. Walle Ter Indpt. Sch. Dist. Glo | A | Interest | | | Sold | 02/16/10 | K | | |
| 30. Series HH/H Bonds | C | Interest | L | T | | | | | |
| 31. Merrill Lynch Money Account | A | Interest | N | T | | | | | |
| 32. Merrill Lynch IRA-Cash Equivalent Account | B | Interest | K | T | | | | | |
| 33. Merrill Lynch IRA-Cash Equivalent Account | | None | K | T | | | | | |
| 34. Merrill Lynch Bonds: LOUISIANA ST SER A FSA AMBAC | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50.001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000.001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A. | 5/3/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ML & CO STR ACC | | None | | | Sold | 10/05/10 | K | | |
| 36. Merrill Lynch Bonds: Puerto Rico Trans Auth | B | Interest | K | T | | | | | |
| 37. Merrill Lynch: Ginnie Mae | B | Interest | K | T | | | | | |
| 38. Putnam Diversified | B | Dividend | K | T | | | | | |
| 39. Rental Property St. Charles Parish LA (X) | D | Rent | M | R | | | | | |
| 40. Merrill Lynch Stock: EKS Port Stars SFX(X) | | None | K | T | | | | | |
| 41. La. 529 START Saving Program (age based LS income ) #1(X) | A | Interest | K | T | | | | | |
| 42. La. 529 START Saving Program (age based LS income) #2 (X) | A | Interest | K | T | | | | | |
| 43. La. 529 START Saving Program (age based LS income) #3 (X) | A | Interest | K | T | | | | | |
| 44. La. 529 START Saving Program (age based LS income) #4 (X) | A | Interest | K | T | | | | | |
| 45. La.529 STARTSaving Program (age based LS Conservative) #5(X) | A | Interest | K | T | | | | | |
| 46. La.529 START Saving Program (age based LS conservative)#6(X) | A | Interest | K | T | | | | | |
| 47. La.529 START Saving Program (age based LS conservative)#7(X) | A | Interest | K | T | | | | | |
| 48. La.529 START Saving Program (age based LS conservative)#8(X) | A | Interest | K | T | | | | | |
| 49. La.529 START Saving Program (age based LS conservativ3)#9(X) | A | Interest | K | T | | | | | |
| 50. La.529 START Saving Program (age based LS moderate) #10 (X) | A | Interest | K | T | | | | | |
| 51. La.529 START Saving Program (age based LS moderate) #11 (X) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A. | 5/3/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. La.529 START Saving Program (age based LS moderate) #12 (X) | A | Interest | K | T | | | | | |
| 53. La.529 START Saving Program (La. Princ Prot Fund )#13(X) | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A. | 5/3/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I: Name of Organization/Entity, continued . . .
# I Corporation owned entirely [REDACTED] The corporation owns real estate, but there has been no business activity. I write checks for annual corporate fees and property taxes.

Part I: Name of Organization/Entity, continued . . .
#2 [REDACTED] Partnership

Part I: Name of Organization/Entity, continued
#3 [REDACTED] Limited Partnership

Part I: Name of Organization/Entity, continued . . .
#4 Land partnership: A [REDACTED] Partnership owning undeveloped marshland inherited. I was replaced as General Partner in 3/96. My ownership of the assets of the partnership were transferred to the [REDACTED] Partnership in 1994.

Part VII: line 39 Date of Purchase: 3/10/06; Purchase price: $240,000. This home was purchased for use by a [REDACTED] who los[REDACTED] home in Hurricane Katrina. It became rental property in 2010.

Part VII: page 6 lines 41-51 and page 7 lines 52 and 53 inadvertently omitted from form. The accounts were opened in 2007.

| Name of Person Reporting | Date of Report |
|---|---|
| Lemmon, Mary A. | 5/3/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Mary A. Lemmon

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544